# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| PAUL E. HASSETT | : No. 576 EAL 2013 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| DONALD DAFOE, M.D., JAMES F. BURKE, JR., M.D., GEORGE FRANCOS, M.D., RAKESH GULATI, M.D., JEFFERSON UNIVERSITY PHYSICIANS, JEFFERSON RENAL ASSOCIATES, THOMAS JEFFERSON UNIVERSITY HOSPITAL, WYETH INC., WYETH PHARMACEUTICALS INC., SCHWARZ PHARMA, INC., SCHWARZ PHARMA, INC. D/B/A SCHWARZ PHARMA, USA, SCHWARZ PHARMA, USA, PLIVA INC., TEVA PHARMACEUTICALS INDUSTRIES, LTD, TEVA PHARMACEUTICALS INDUSTRIES, LTD D/B/A TEVA PHARMACEUTICAL USA, INC., TEVA PHARMACEUTICAL USA, INC | : : : : : : : : : : : : : : : : : : |
| | : |
| PETITION OF: PLIVA, INC. AND TEVA PHARMACEUTICALS USA, INC. | : : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.

    Petitioners' Applications for Leave to file Supplemental Authority and Petitioners' Application for Leave to file Reply are **DENIED**.

Mr. Justice Stevens did not participate in the decision or consideration of this matter.